**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-7365**

LOUIS RYCHWALSKI, JR.,

             Plaintiff - Appellant,

        v.

CMS; WARDEN KATHLEEN GREEN; CPT. ROBERT J. MOORE; PAUL
ZIOLKOWSKI; WILLIAM MAYCOCK; ROBERT C. MCGEE; JOHN BROMLEY;
CHARLES WESTBROOK; CRAIG REID; WILLIAM FISHER; WEXFORD
HEALTH SOURCES, INC.; MARYAM MESSFOROSH, P.A.; JASON CLEM,
M.D.; BRUCE FORD, P.A.; PAUL MATERA, M.D.; TERRY DAVIS,
P.A.; CORIZON, LLC.,

             Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  George L. Russell, III, District Judge.
(1:13-cv-02082-GLR)

Submitted:  January 26, 2015          Decided:  April 13, 2015

Before KING and DIAZ, Circuit Judges, and DAVIS, Senior Circuit
Judge.

Affirmed by unpublished per curiam opinion.

Louis Rychwalski, Jr., Appellant Pro Se.  Michelle Jacquelyn
Marzullo, MARKS, O'NEILL, O'BRIEN, DOHERTY & KELLY, P.C.,
Towson, Maryland; Stephanie Judith Lane-Weber, Assistant
Attorney General, Baltimore, Maryland; Gina Marie Smith, MEYERS,
RODBELL & ROSENBAUM, PA, Riverdale, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Louis Rychwalski, Jr., appeals the district court's order granting summary judgment to Defendants in his 42 U.S.C. § 1983 (2012) civil rights action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Rychwalski v. CMS, No. 1:13-cv-02082-GLR (D. Md. Aug. 25, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED